IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROY L. CLARK,** | : |
| Petitioner, | : |
| vs. | :   **CIVIL ACTION 08-00657-KD-B** |
| **LOUIS BOYD,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** without prejudice to allow Petitioner to pursue unexhausted remedies in the state courts.

**DONE** and **ORDERED** this the **21st** day of **September 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**